In the United States District Court.
Northern District of Ohio.

| | | |
|---|---|---|
| **James Shabazz**, | ) | Case Number 1:16-CV-1769. |
| | ) | |
| Plaintiff, | ) | Notice of Stipulated Voluntary Dismissal. |
| | ) | |
| vs. | ) | |
| | ) | |
| **United Collection Bureau, Inc.,** | ) | |

NOW come the parties through their respective attorneys and hereby give notice to the court that they have stipulated under F. R. CIV. P. 41(A)(II) that the within case is hereby dismissed without prejudice.

Each party to bear its costs.

Approved.
It is SO ORDERED.
*s/Dan Aaron Polster*
United States District Judge   7/27/2016

Respectfully submitted,

/s/ Darryl E Pittman

_____
Darryl E Pittman, ESQ. (0034194)
Attorney for Plaintiff James Shabazz
2490 Lee Blvd., Suite 115
Cleveland, OH 44118
216-291-1005 (voice)
216-382-8512 (fax)

dlawgood450@sbcglobal.net

/s/ Dustin B Rawlin.

_____
Attorney for Defendant, United Collection Bureau, Inc.
Tucker Ellis L LP,
950 Main Ave., Suite 1100
Cleveland, OH 44113